# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1269
LT Case No. 2023-DR-000555

_____

YOUSRY RIZK,

    Appellant,

    v.

MILAGROS RIVERA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
James J. Dekleva, Judge.

Yousry Rizk, Maitland, pro se.

Christopher R. Parkinson and Brian P. Moran, of Moran Kidd
Lyons Johnson Garcia, P.A., Orlando, for Appellee.

April 9, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____